UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LENNOX MANUFACTURING INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:05CV806 RWS |
| ) | |
| ALTON PARTS SUPPLY, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

The Court having been advised by counsel that this action has been settled,

**IT IS HEREBY ORDERED** that all pending motions are denied without prejudice.

**IT IS FURTHER ORDERED** that counsel shall file, within thirty (30) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of November, 2005.