UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LENNOX MANUFACTURING INC., | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 4:05CV806 RWS |
| ALTON PARTS SUPPLY, INC., | ) |
| Defendant(s). | ) |

**ORDER OF DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(b), and for the parties' failure to comply with the Court's order of **November 2, 2005**,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, subject to any party's right, upon good cause shown within sixty (60) days of the date of this order, to reopen the action for the sole purpose of enforcing the settlement.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction for sixty (60) days from the date of this order to enforce the settlement.

Dated this 16th day of February , 2006.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE